[No. 16979.    Department Two.    March 28, 1922.]

NORRIS SAFE & LOCK COMPANY, *Respondent*, v. FARMERS' & MERCHANTS' BANK, *Appellant.*[1]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered May 9, 1921, upon findings in favor of the plaintiff, in an action on contract, tried to the court. Affirmed.

*E. Eugene Davis* and *B. C. Mosby*, for appellant.
*W. W. Clarke*, for respondent.

PER CURIAM.—This was an action to recover the value of a safe door, which was defended on the ground that the purchase by the appellant was induced by the respondent's fraudulent misrepresentations.

The record presents only a question of fact, which was determined by the trial court adversely to the appellant, which decision we affirm for the reason that the evidence does not preponderate against the conclusion of the trial judge.

[1]Reported in 205 Pac. 12.